IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 11 2026
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

UNITED STATES OF AMERICA

v.

CELESTIN KUASA KATUBADI (01)

Case No. 4-26CR-305-O

INDICTMENT

The Grand Jury Charges:

Introduction

1. Defendant **Celestin Kuasa Katubadi** was born in the Democratic Republic of Congo and is a national of that country. He is a lawful permanent resident of the United States but is not a United States citizen. He has never applied to become a United States citizen.

2. On November 5, 2024, **Katubadi** voted in person for the general and special elections in Tarrant County. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

3. At the time **Katubadi** cast a ballot, he submitted an Affidavit of Provisional Voter certifying that he was a United States citizen. He also signed the Affidavit affirming that he understood that it was a crime to give false information under oath and that it was a felony to vote in an election for which he knew he was not eligible.

4. Paragraphs 1 through 3 are incorporated in each Count of this Indictment.

***[Remainder of page intentionally left blank]***

Count One
False Statements of Citizenship in Order to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about November 5, 2024, within the Fort Worth Division of the Northern District of Texas, the defendant, **Celestin Kuasa Katubadi**, an alien, knowing that he was not a United States citizen, knowingly made a false statement or claim that he was a citizen of the United States in order to vote in a Federal, State, or Local election,

In violation of 18 U.S.C. § 1015(f).

Count Two
Voting by an Alien in a Federal Election
(Violation of 18 U.S.C. § 611)

On or about November 5, 2024, within the Fort Worth Division of the Northern District of Texas, the defendant, **Celestin Kuasa Katubadi**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, or Member of the House of Representatives,

In violation of 18 U.S.C. § 611.

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

CELESTIN KUASA KATUBADI (01)

---

INDICTMENT

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Vote
Count 1

18 U.S.C. § 611
Voting by an Alien in a Federal Election
Count 2

---

A true bill rendered:

FORT WORTH FOREPERSON

Filed in open court this 10th day of September, 2026.

**Warrant to issue.**

UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter