UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

# MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:26-CR-305-O |
| Defendant: | CELESTIN KATUBADI |
| Interpreter: | N/A |
| Court Reporter: | Digital |
| US attorney: | Matt Capoccia |
| Defense attorney: | CODY COFER |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | September 14, 2026 |
| Status: | The Defendant entered a plea of not guilty to the Indictment. Deft continued ~~in custody~~ on bond |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: